# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| AHRENS, NATHAN A | § | Case No. 13-41497 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Tuesday, September 16, 2014 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN STREET, CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2014     By: /s/ Barry A. Chatz, Trustee
                                  Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Nathan A Ahrens  
    Debtor

Case No. 13-41497-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: gbeemster      Page 1 of 1      Date Rcvd: Aug 22, 2014  
                            Form ID: pdf006      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2014.

```
db           +Nathan A Ahrens,    15938 South LeClaire, B215,    Oak Forest, IL 60452-3916
aty          +Rachel D. Stern,    53 West Jackson Boulevard,    Suite 1442,    Chicago, IL 60604-3536
21140611     +Midland Funding LLC,    C/O Blitt & Gaines PC,    661 Glenn Avenue,    Wheeling, IL 60090-6017
21309123     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
21140616     +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
21140617     +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21140608      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 23 2014 00:19:25     American Honda Finance,
               Po Box 168088,    Irving, TX 75016
21140610     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2014 00:19:12     Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
21225454     +E-mail/Text: sdemars@rjh-law.com Aug 23 2014 00:19:08     NAVY FEDERAL CREDIT UNION,
               C/O RONALD J. HENNINGS P.C.,    P.O BOX 4106,    ST. CHARELS, IL 60174-9080
21140612     +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 23 2014 00:20:13     Navy Fcu,
               Attention: Bankruptcy,    Po Box 3000,    Merrifield, VA 22119-3000
21140613     +E-mail/Text: sdemars@rjh-law.com Aug 23 2014 00:19:08     Navy Federal Credit Union,
               C/O Law Office Ronald J. Hennings,    PO Box 4106,    Saint Charles, IL 60174-9080
21140614     +E-mail/Text: electronicbkydocs@nelnet.net Aug 23 2014 00:19:21     Nelnet,    Attn: Claims,
               Po Box 17460,    Denver, CO 80217-0460
21331811     +E-mail/Text: electronicbkydocs@nelnet.net Aug 23 2014 00:19:21     Nelnet,
               3015 South Parker Road Suite 400,    Aurora CO 80014-2904
21331810     +E-mail/Text: electronicbkydocs@nelnet.net Aug 23 2014 00:19:21
               Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
               Aurora, CO 80014-2904
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21140609*   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance,    Po Box 168088,    Irving, TX 75016)
21140615*    +Nelnet,    Attn: Claims,    Po Box 17460,    Denver, CO 80217-0460
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2014 at the address(es) listed below:
```
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry A Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              Jessica Bentz    on behalf of Debtor Nathan A Ahrens jholguin@bentzholguinlaw.com,
               aholguin@bentzholguinlaw.com;bentzlaw@gmail.com
              Monica C O'Brien    on behalf of Trustee Barry A Chatz gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```