# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AHRENS, NATHAN A | § | Case No. 13-41497 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BARRY A. CHATZ_____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance Po Box 168088 Irving, TX 75016 |  |  |  |  |  |
|  | American Honda Finance Po Box 168088 Irving, TX 75016 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Navy Fcu Attention: Bankruptcy Po Box 3000 Merrifield, VA 22119 | | | | | |
| | Nelnet Attn: Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | Nelnet Attn: Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Card Ser 1 Home Campus 3rd Floor Des Moines, IA 50328 | | | | | |
| 000001 | NAVY FEDERAL CREDIT UNION | | | | | |
| 000003 | NELNET | | | | | |
| 000002 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-41497 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | AHRENS, NATHAN A | Date Filed (f) or Converted (c): | 10/23/13 (f) |
| | | 341(a) Meeting Date: | 12/06/13 |
| For Period Ending: | 01/23/15 | Claims Bar Date: | 02/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 2. Financial Accounts | 6,022.16 | 2,472.16 | | 7,475.73 | FA |
| 3. Household Goods | 450.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 350.00 | 0.00 | | 0.00 | FA |
| 5. Pension / Profit Sharing | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. Vehicles | 19,150.00 | 0.00 | | 0.00 | FA |
| 7. Vehicles | 5,625.00 | 0.00 | | 0.00 | FA |
| 8. Unscheduled Assets (u) 2013 INCOME TAX REFUND | 0.00 | 0.00 | | 2,522.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | | $43,097.16 | $3,972.16 | $11,497.73 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-41497 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | AHRENS, NATHAN A | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9448 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0551 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/13 | 1, 2 | JPMORGAN CHASE BANK, N.A. PHOENIX, AZ | LIQUIDATION OF BANK ACCOUNT | 1129-000 | 8,975.73 | | 8,975.73 |
| 12/06/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,965.73 |
| 01/08/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 13.33 | 8,952.40 |
| 02/03/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 420 NEW ORLEANS, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 7.37 | 8,945.03 |
| 02/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,931.72 |
| 03/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,919.72 |
| 04/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 13.26 | 8,906.46 |
| 04/17/14 | 8 | NATHAN A. AHRENS 15938 LE CLAIRE AVENUE APT. B215 OAK FOREST, IL 60452-3916 | TAX REFUND | 1224-000 | 2,522.00 | | 11,428.46 |
| 05/07/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 14.02 | 11,414.44 |
| 06/06/14 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 16.97 | 11,397.47 |
| 09/16/14 | 300002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 1,987.72 | 9,409.75 |
| | | | Fees         1,899.77 | 2100-000 | | | |
| | | | Expenses        87.95 | 2200-000 | | | |
| 09/16/14 | 300003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,570.00 | 7,839.75 |
| 09/16/14 | 300004 | NAVY FEDERAL CREDIT UNION C/O RONALD J. HENNINGS P.C. | Claim 000001, Payment 18.09% | 7100-000 | | 4,280.06 | 3,559.69 |

Page Subtotals      11,497.73      7,938.04

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-41497 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | AHRENS, NATHAN A | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9448 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0551 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/16/14 | 300005 | P.O BOX 4106<br>ST. CHARELS, IL 60174-4106<br>PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000002, Payment 18.09%<br>(2-1) COLLATERAL=UNSECURED LINE OF CREDIT // 4990<br>(2-1) SUBMITTED BY KLWILLIAMS | 7100-004 | | 290.41 | 3,269.28 |
| 09/16/14 | 300006 | NELNET<br>3015 SOUTH PARKER ROAD SUITE 400<br>AURORA CO 80014 | Claim 000003, Payment 18.09%<br>(3-1) STUDENT LOAN OBLIGATION | 7100-000 | | 3,269.28 | 0.00 |
| * 12/15/14 | 300005 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Stop Payment Reversal<br>PNC BANK | 7100-004 | | -290.41 | 290.41 |
| 12/16/14 | 300007 | UNITED STATES BANKRUPTCY COURT<br>ATTN: CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | (2-1) COLLATERAL=UNSECURED LINE OF CREDIT // 4990<br>(2-1) SUBMITTED BY KLWILLIAMS | 7100-000 | | 290.41 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 11,497.73 | 11,497.73 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,497.73 | 11,497.73 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,497.73 | 11,497.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******9448 | 11,497.73 | 11,497.73 | 0.00 |
| | 11,497.73 | 11,497.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  3,559.69

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-41497 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | AHRENS, NATHAN A | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9448 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0551 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********9448)

Page Subtotals     0.00     0.00

Ver: 18.03b